IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: Herbal Supplements<br>Marketing and Sales Practices Litigation | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 15 C 5070<br>MDL No. 2619<br><br>Judge Amy J. St. Eve |

## ORDER

Pursuant to the Court's 8/21/17 dismissal order in 15 C 5070 (MDL 2619), all member cases are hereby dismissed.

## MEMBER CASES

| | | |
|---|---|---|
| 1:15-cv-01182 | 1:15-cv-05071 | 1:15-cv-05104 |
| 1:15-cv-05082 | 1:15-cv-05085 | 1:15-cv-05105 |
| 1:15-cv-05090 | 1:15-cv-05075 | 1:15-cv-05114 |
| 1:15-cv-05076 | 1:15-cv-05112 | 1:15-cv-05113 |
| 1:15-cv-05089 | 1:15-cv-05087 | 1:15-cv-05088 |
| 1:15-cv-05095 | 1:15-cv-05107 | 1:15-cv-05108 |
| 1:15-cv-05081 | 1:15-cv-05093 | 1:15-cv-05077 |
| 1:15-cv-05078 | 1:15-cv-05102 | 1:15-cv-05100 |
| 1:15-cv-05103 | 1:15-cv-05096 | 1:15-cv-05097 |
| 1:15-cv-05074 | 1:15-cv-05083 | 1:15-cv-05084 |
| 1:15-cv-05110 | 1:15-cv-05418 | 1:15-cv-05449 |
| 1:15-cv-05463 | 1:15-cv-05455 | 1:15-cv-05450 |
| 1:15-cv-05461 | 1:15-cv-05447 | 1:15-cv-05443 |
| 1:15-cv-05451 | 1:15-cv-05452 | 1:15-cv-05453 |
| 1:15-cv-05456 | 1:15-cv-05458 | 1:15-cv-05431 |
| 1:15-cv-05433 | 1:15-cv-05422 | 1:15-cv-05426 |
| 1:15-cv-05423 | 1:15-cv-05428 | 1:15-cv-05429 |
| 1:15-cv-05434 | 1:15-cv-05436 | 1:15-cv-05442 |
| 1:15-cv-05440 | 1:15-cv-05439 | 1:15-cv-05438 |
| 1:15-cv-05462 | 1:15-cv-05459 | 1:15-cv-01244 |
| 1:15-cv-01265 | 1:15-cv-01308 | 1:15-cv-02198 |
| 1:15-cv-02723 | 1:15-cv-01798 | 1:15-cv-05091 |
| 1:15-cv-01314 | 1:15-cv-02167 | 1:15-cv-02168 |
| 1:15-cv-09067 | | |

Date: August 21, 2017

_____
AMY J. ST. EVE
United States District Court Judge